Michelle M. Inouye (SBN 193056)
KIRKLAND & ELLIS
777 Figueroa Street,
Los Angeles, CA 90017
Telephone: 213-680-8400
Fax: 213-680-8500

Seth Traxler (pro hac vice)
KIRKLAND & ELLIS
200 East Randolph,
Chicago, IL 60601
Telephone: 312-861-2000
Fax: 312-861-2200

Attorneys for Plaintiff
DIRECTV, Inc.

FILED
CLERK US DISTRICT COURT
JUL 19 2002
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Priority ___
Send ___
Enter ___
Closed ___
JS-5/JS-6 ✓
JS-2/JS-3 ___
Scan Only ✓

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DIRECTV, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SCOTT GRAY and SANDRA GRAY, individuals d/b/a THE COMPUTER SHANTY LLC, and JOHN DOES 1-5,<br><br>Defendants. | CIVIL ACTION NO. 01-09872 DDP<br><br>**CONSENT ORDER OF SETTLEMENT AND PERMANENT INJUNCTION**<br><br>ENTER ON ICMS<br>2002<br>JUL 22 |

___ Docketed
NO Copies / NTC Sent
✓ JS - 5 / JS - 6
___ JS - 2 / JS - 3
___ CLSD

71

It is hereby stipulated by and among the parties that judgment be entered against Defendants Scott Gray, Sandra Gray and the Computer Shanty LLC (the "Shanty Defendants") and, as relief, the following Permanent Injunction be entered by the Court without further notice or process:

1.  The Shanty Defendants and any of their agents, employees, servants, contractors, and representatives, and any entity controlled by them, are hereby permanently enjoined and restrained from:

    (a)  receiving or assisting others in receiving DIRECTV's satellite transmissions of television programming without authorization by and payment to DIRECTV;

    (b)  designing, manufacturing, assembling, modifying, importing, exporting, possessing, offering to the public, trafficking, distributing, selling or possessing any devices or equipment (including, by way of example, loaders, bootloaders, unloopers, emulators, programmers, DIRECTV access cards independent from receivers, or software or components therefor) designed or intended to facilitate the reception and decryption of DIRECTV's satellite transmissions of television programming by persons not authorized to receive such programming;

    (c)  marketing, promoting, or advertising the sale of any software, devices or equipment (including, by way of example, loaders, bootloaders, unloopers, emulators, programmers, DIRECTV access cards indeoendent from receivers, or software or components therefor) for use to facilitate the reception and decryption of DIRECTV's satellite transmissions of television programming by

persons not authorized to receive such programming, and advertising or providing information or technical services in support thereof; or

   (d) reverse engineering or attempting to reverse engineer any of DIRECTV's products, services or technologies, including without limitation the encryption and security controls for the DIRECTV satellite system.

   (e) Except as specified in paragraph 1, this injunction does not prohibit the sale of legitimate smartcard products such as smartcard reader/writers, provided that such products are not designed or marketed for the purpose of satellite piracy.

 2. This Permanent Injunction shall apply to the Shanty Defendants' activities worldwide, and shall apply with the same force and effect to any other direct broadcast satellite system, in which DIRECTV owns an interest, now or in the future.

 3. The Shanty Defendants and any of their agents, employees, servants, contractors, and representatives, and any entity controlled by them, are hereby permanently enjoined and restrained from:

   (a) operating any informational web sites, IRC chat channels, Internet newsgroups or forums, or other forms of communication devoted to assisting in the reception of satellite television without payment;

   (b) using the name "Shanty" or "The Computer Shanty" or any combination, variation, derivative or translation of those names, in connection with any business or informational website, except as required to carry out the provisions of the parties' Settlement

        Agreement and Release, or in connection with an offline business as specified in the parties' Settlement Agreement and Release;

    (c)  investing or holding any financial interest in any enterprise which they know is now, or planning in the future, to engage in any of the activities prohibited by this Permanent Injunction; or

    (d)  knowingly allowing any persons or entities which they control, either directly or indirectly, to engage in any of the activities prohibited by this Permanent Injunction.

4.   This Court shall retain jurisdiction to entertain such further proceedings and to enter such further orders as may be necessary or appropriate to implement and/or enforce the provisions of this Permanent Injunction and the Settlement Agreement and Release agreed to by and between DIRECTV and the Shanty Defendants. The Shanty Defendants specifically consent to personal jurisdiction and venue in the United States District Court for the Central District of California.

5.   Upon proof of any intentional violations by the Shanty Defendants of the provisions of this Permanent Injunction, the Court shall be authorized to award damages to DIRECTV for losses sustained prior to the date of this Permanent Injunction, in addition to any other damages or other relief authorized by law. The award of damages to DIRECTV for losses sustained prior to the date of this Permanent Injunction, but not any award of damages for losses sustained after the date of this Permanent Injunction, may be set off by the amount paid by the Shanty Defendants to DIRECTV pursuant

to the Settlement Agreement and Release, including the amount recovered by DIRECTV by virtue of selling the personal property transferred to DIRECTV by the Shanty Defendants pursuant to the Settlement Agreement and Release.

All other relief not expressly granted herein is denied. This is a final judgment.

DATED: July 19, 2002.

_____
Honorable Dean Pregerson
United States District Court Judge

Presented by:

_____
Marc J. Zwillinger (pro hac vice)
Seth Traxler (pro hac vice)
KIRKLAND & ELLIS
655 Fifteenth Street, N.W., Ste. 1200
Washington, D.C. 20005
(202) 879-5041
Attorneys for Plaintiff,
DIRECTV, INC.

_____
Scott M. Gray

_____
Sandra Gray

-5-

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 777 S. Figueroa Street, Los Angeles, California 90017.

**CONSENT ORDER OF SETTLEMENT AND PERMANENT INJUNCTION**

On July 17, 2002, I served the foregoing documents on the interested parties in this action as follows:

( ) By placing the documents described on the attached list in a sealed envelope with postage thereon fully prepaid into the United States mail at Los Angeles, California addressed to:

**(XX)** I caused the document(s) listed above to be picked up via *Federal Express* at the offices of the addressor and delivered by same to the address set forth below

>Scott Gray
>Sandra Gray
>6404 Calle Palcido Drive
>El Paso, Texas 79912

( ) (STATE) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

**(XX)** (FEDERAL) I declare that I am employed in the offices of a member of the Bar of this Court at whose direction the service was made.

Executed this 17th day of July 2002, at Los Angeles, California.

Keith Catuara

_____     _____
(Type or Print Name)                          (Signature)